

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-70233 |
| LONGHORN PAVING & OILFIELD SERVICES, INC. | § § | |
| | § | |
| | § | |
| DEBTOR | § § | CHAPTER 11 |

ENTERED
01/03/2020

## ORDER GRANTING HIDALGO COUNTY (1) LEAVE TO INTERVENE AND (2) CONDITIONAL RELIEF FROM AUTOMATIC STAY

CAME ON to be considered the Motion of Hidalgo County for Leave to Intervene in the Motion of Rio Bank for Relief from Stay and Conditional Request for Relief from Stay, and the Court having considered the Motion, the Response thereto, and the evidence is of the opinion and finds that the Motion should in all things be GRANTED.

It is therefore ORDERED that Hidalgo County is granted leave to intervene in the hearing on the Motion of Rio Bank for Relief from Stay. It is further;

ORDERED, that in the event the automatic stay of §362(a) is terminated for Rio Bank, it is also terminated to permit Hidalgo County to exercise all rights and remedies available to them under the Texas Property Tax Code for the collection of ad valorem taxes owed to them by the Debtor on the property subject of the motion.

Signed: January 03, 2020

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge